IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 58

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| MARY SARAH FLEISCHER | ) | |
| _____ | ) | |

This matter is before the Court on Defendant's Motion to Amend Order Setting Conditions of Release (Doc. 23) ("Motion to Amend") and Defendant's Motion to Seal DKT. 23 (Doc. 24) ("Motion to Seal").

Motion to Amend

In the Motion to Amend, Defendant seeks authorization for an additional eighteen (18) days of treatment. The Motion to Amend advises that the Government does not object to the relief sought.

For the reasons stated therein, the Motion to Amend Order Setting Conditions of Release (Doc. 23) is **GRANTED**, and this Court's Order Setting Conditions of Release (Doc. 11) is **AMENDED** to allow Defendant a total of 60 days of treatment before returning to custody.

Motion to Seal

The Court has considered the Motion to Seal, the public's interest in access to the Motion to Amend, and alternatives to sealing. The Court determines that sealing is necessary in this case, and that less restrictive

means of handling the information are not sufficient, as the subject filing references Defendant's confidential medical information. The sealing ordered herein shall be permanent, subject to further Order of the Court.

Accordingly, the Motion to Seal DKT. 23 is **GRANTED**, and the Motion to Amend Order Setting Conditions of Release (Doc. 23) shall be **SEALED** and remain sealed until further Order of the Court.

Signed: July 30, 2019

W. Carleton Metcalf
United States Magistrate Judge